UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN ELDE,<br><br>　　　　　　　　Defendant. | Case No. CR11-274-RSL<br><br>**DETENTION ORDER** |

Offenses charged:

　　Conspiracy to Commit Offense Against the United States,
　　Mail Theft,
　　Access Device Fraud, and
　　Aggravated Identity Theft.

Date of Detention Hearing: November 4, 2011.

　　The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

　　Defendant has prior convictions for serious offenses and numerous arrests. He has failed

DETENTION ORDER - 1

to appear on more than one occasion and there is a pending state warrant for his arrest. Defendant has a serious drug problem that is still unresolved despite several attempts at in-patient treatment. He was terminated from his last in-patient treatment program in 2010 for selling drugs and his drug use continued while he committed the alleged crimes.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 4th day of November, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge